UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MULCAHY, TIMOTHY R. | § | Case No. 10-07991 ERW |
| MULCAHY, KATHERINE A. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                     $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-07991 | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MULCAHY, TIMOTHY R. | | Date Filed (f) or Converted (c): | 02/26/10 (f) |
| | MULCAHY, KATHERINE A. | | 341(a) Meeting Date: | 04/02/10 |
| For Period Ending: | 02/11/14 | | Claims Bar Date: | 04/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10405 S. LaPorte Avenue Oak Lawn, Illinois 604543 | 225,600.00 | 0.00 | | 0.00 | FA |
| 2. 10405 S. Laporte Avenue Oak Lawn, IL 60453 | 800.00 | 0.00 | | 0.00 | FA |
| 3. Standard Bank and Trust Company Customer Service 7 | 100.00 | 0.00 | | 0.00 | FA |
| 4. Oak Lawn-Hometown Dist. 123 Credit Union 4201 West | 100.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous household goods and furnishings 1040 | 250.00 | 0.00 | | 0.00 | FA |
| 6. Miscelleanous wearing apparel 10405 S. Laporte Ave | 250.00 | 0.00 | | 0.00 | FA |
| 7. Minnesota Mutual Life Insurance Company 400 Robert | 1,723.30 | 0.00 | | 0.00 | FA |
| 8. Globe Life and Accident Insurance Company P.O. Box | 0.00 | 0.00 | | 0.00 | FA |
| 9. Valic 403(B) Retirement Account Account No. 8120 | 10,275.00 | 0.00 | | 0.00 | FA |
| 10. Claim in Neumann Homes bankruptcy proceeding | 6,580.00 | 0.00 | | 0.00 | FA |
| Trustee filed a claim in the bankruptcy estate of Neumann Homes and said claim was disallowed | | | | | |
| 11. 2004 Hyundai Elantra GLS Sedan 4D 10405 S. LaPorte | 2,600.00 | 0.00 | | 0.00 | FA |
| 12. 2009 Ford Escape XLT Sport Utility 4D 10405 S. LaP | 18,125.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Hyndai Elantra GLS Sedan 4D 10405 S. LaPorte | 1,300.00 | 0.00 | | 0.00 | FA |
| 14. Bansley & Keiner receipts (u) | 70,098.00 | 45,058.00 | | 45,058.80 | FA |
| annuity of $1752 per month payable to estate till 2013. Last payment made June, 2013. Trustee pursued turnover from Debtors of post-petition payments made directly to Debtor; pursuant to settlement order 11/6/13, Trustee received $3,000 from Debtors in full settlement of post-petition payments made to Debtors and net of any exemption | | | | | |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $337,801.30 | $45,058.00 | | $45,058.95 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)* Ver: 17.04b

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-07991 | Judge: Eugene R. Wedoff |
| Case Name: | MULCAHY, TIMOTHY R. | |
| | MULCAHY, KATHERINE A. | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 02/26/10 (f) |
| 341(a) Meeting Date: | 04/02/10 |
| Claims Bar Date: | 04/10/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor received deferred compensation under a partnership agreement; Trustee investigated the estate's interest in the deferred compensation; Trustee reviewed and determined partnership payments due and payable to debtor was property of estate and not exempt retirement fund. Debtor claimed wage deduction exemption, trustee objected and after trial, the Court disallowed Debtors' exemption claim. Trustee received monthly payments from former employer, final payment made June 2013. Trustee made demand on debtor to turn over payments received post petition;Trustee filed motion for turnover and court entered order in October 2012 directing Debtors to turnover funds. Debtor responded that they were unable to repay amounts collected post-petition. Trustee settled with Debtors and pursuant to Court order dated November 2013, Trustee received $3,000 in full settlement of deferred compensation post-petition paid to Debtors; Trustee attended to Estate tax obligations; prepared TFR

Initial Projected Date of Final Report (TFR): 09/30/12    Current Projected Date of Final Report (TFR): 03/01/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-07991 -ERW | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Associated Bank |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | *******6735 Checking Account |
| Taxpayer ID No: | *******9933 | | | |
| For Period Ending: | 02/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 44,604.54 | | 44,604.54 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 25.66 | 44,578.88 |
| 01/24/14 | 003001 | ILLINOIS DEPT. OF REVENUE | 2012 STATE INCOME TAX - IL | 4800-000 | | 497.00 | 44,081.88 |
| | | P.O. BOX 19053 | FEIN: 30-6289933 | | | | |
| | | SPRINGFIELD, IL 62794-9053 | | | | | |
| 01/24/14 | 003002 | UNITED STATES TREASURY | 2012 FEDERAL INCOME TAX | 4800-000 | | 250.00 | 43,831.88 |
| | | INTERNAL REVENUE SERVICE CENTER | EIN: 30-6289933 | | | | |
| | | CINCINNATI, OH 45999-0148 | 2012 Form 1041 | | | | |
| 02/05/14 | 003003 | International Sureties | Bond Premium Payment | 2300-000 | | 35.13 | 43,796.75 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |

| Account *******6735 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 3 | Checks | 782.13 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 25.66 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 807.79 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 44,604.54 | | | |
| | Total | $ 44,604.54 | | | |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-07991 -ERW | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Bank of America, N.A. |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | *******7233 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9933 | | | |
| For Period Ending: | 02/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/11 | 14 | BANSLEY AND KIENER, LLP | INTEREST IN PARTNERSHIP | 1249-000 | 1,752.45 | | 1,752.45 |
| | | 8745 W. Higgins Road | | | | | |
| | | Suite 200 | | | | | |
| | | Chicago, Il 60631 | | | | | |
| 08/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,752.46 |
| 09/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,752.47 |
| 10/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,752.48 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 2.23 | 1,750.25 |
| 11/02/11 | 14 | BANSLEY AND KIENER, LLP | INTEREST IN PARTNERSHIP | 1249-000 | 5,257.35 | | 7,007.60 |
| | | 8745 W. Higgins Road | | | | | |
| | | Suite 200 | | | | | |
| | | Chicago, Il 60631 | | | | | |
| 11/30/11 | 14 | BANSLEY AND KIENER, LLP | INTEREST IN PARTNERSHIP | 1249-000 | 1,752.45 | | 8,760.05 |
| | | 8745 W. Higgins Road | | | | | |
| | | Suite 200 | | | | | |
| | | Chicago, Il 60631 | | | | | |
| 11/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 8,760.10 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 8,752.76 |
| 12/29/11 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,752.83 |
| 12/29/11 | | Transfer to Acct #*******2749 | Bank Funds Transfer | 9999-000 | | 8,752.83 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 17.04b

**FORM 2**

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-07991 -ERW |
| Case Name: | MULCAHY, TIMOTHY R. |
| | MULCAHY, KATHERINE A. |
| Taxpayer ID No: | *******9933 |
| For Period Ending: | 02/05/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7233  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******7233

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 8,762.25 | 0 | Checks | 0.00 |
| 5 | Interest Postings | 0.15 | 2 | Adjustments Out | 9.57 |
| | | | 1 | Transfers Out | 8,752.83 |
| | Subtotal | $ 8,762.40 | | Total | $ 8,762.40 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 8,762.40 | | | |

FORM 2

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-07991 -ERW | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Congressional Bank |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | *******2749 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9933 | | | |
| For Period Ending: | 02/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7233 | Bank Funds Transfer | 9999-000 | 8,752.83 | | 8,752.83 |
| 01/04/12 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | INTEREST IN PARTNERSHIP | 1249-000 | 1,752.45 | | 10,505.28 |
| 02/02/12 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | INTEREST IN PARTNERSHIP<br>Deposit initially posted as $1,752.00-actual deposit was for 1752.45. | 1249-000 | 1,752.00 | | 12,257.28 |
| 02/02/12 | | BANSLEY & KIENER | INTEREST IN PARTNERSHIP<br>Adjustment to correct deposit amount--Deposit 2 incorrectly entered as $1,752.00, actual deposit amount is $1,752.45 | 1249-000 | 0.45 | | 12,257.73 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 9.69 | 12,248.04 |
| 03/01/12 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 14,000.49 |
| 04/02/12 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 15,752.94 |
| 05/03/12 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 17,505.39 |
| 06/04/12 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road | SETTLEMENT | 1249-000 | 1,752.45 | | 19,257.84 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 10-07991 -ERW | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Congressional Bank |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | *******2749 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9933 | | | |
| For Period Ending: | 02/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/06/12 | 14 | Suite 200<br>Chicago, Il 60631<br>BANSLEY AND KIENER, LLP | SETTLEMENT | 1249-000 | 1,752.45 | | 21,010.29 |
| 08/07/12 | 14 | 8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631<br>BANSLEY AND KIENER, LLP | SETTLEMENT | 1249-000 | 1,752.45 | | 22,762.74 |
| 09/04/12 | 14 | 8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631<br>BANSLEY AND KIENER, LLP | SETTLEMENT | 1249-000 | 1,752.45 | | 24,515.19 |
| 10/01/12 | 14 | 8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631<br>BANSLEY AND KIENER, LLP | SETTLEMENT | 1249-000 | 1,752.45 | | 26,267.64 |
| 11/01/12 | 14 | 8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631<br>BANSLEY AND KIENER, LLP | SETTLEMENT | 1249-000 | 1,752.45 | | 28,020.09 |
| 12/03/12 | 14 | 8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631<br>BANSLEY AND KIENER, LLP | SETTLEMENT | 1249-000 | 1,752.45 | | 29,772.54 |
| 01/03/13 | 14 | 8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631<br>BANSLEY AND KIENER, LLP | SETTLEMENT | 1249-000 | 1,752.45 | | 31,524.99 |
| 02/04/13 | 14 | 8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631<br>BANSLEY AND KIENER, LLP | SETTLEMENT | 1249-000 | 1,752.45 | | 33,277.44 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 17.04b

FORM 2

Page: 6

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-07991 -ERW | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Congressional Bank |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | *******2749  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9933 | | | |
| For Period Ending: | 02/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/13 | 001002 | 8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631<br>International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 26.85 | 33,250.59 |
| 03/04/13 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 35,003.04 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 31.66 | | 35,034.70 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 31.66 | 35,003.04 |
| 04/01/13 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 36,755.49 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -31.66 | | 36,723.83 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 36.89 | 36,686.94 |

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-07991 -ERW | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Congressional Bank |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | *******2749 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9933 | | | |
| For Period Ending: | 02/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/01/13 | 14 | Bethesda, MD 20817<br>BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 38,439.39 |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 37.66 | 38,401.73 |
| 06/04/13 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | Annuity | 1249-000 | 1,752.45 | | 40,154.18 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment.  ~JMM 7.9.13 | 2600-000 | | 40.72 | 40,113.46 |
| 07/01/13 | 14 | BANSLEY AND KIENER, LLP<br>8745 W. Higgins Road<br>Suite 200<br>Chicago, Il 60631 | SETTLEMENT | 1249-000 | 1,752.45 | | 41,865.91 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 40.92 | 41,824.99 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 44.35 | 41,780.64 |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 44.36 | 41,736.28 |

UST Form 101-7-TFR (5/1/2011) (Page: 11)

LFORM2T4

Ver: 17.04b

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-07991 -ERW | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Congressional Bank |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | *******2749  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9933 | | | |
| For Period Ending: | 02/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 42.89 | 41,693.39 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 44.27 | 41,649.12 |
| 11/15/13 | 14 | TIMOTHY MULCAHY<br>2461 Saddle Ridge Drive<br>Joliet, IL | SETTLEMENT W/ DEBTORS | 1249-000 | 3,000.00 | | 44,649.12 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 44.58 | 44,604.54 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 44,604.54 | 0.00 |

|  Account *******2749 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 20 | Deposits | 36,296.10 | 2 | Checks | 36.54 |
| 0 | Interest Postings | 0.00 | 10 | Adjustments Out | 408.30 |
| | | | 1 | Transfers Out | 44,604.54 |
| | Subtotal | $ 36,296.10 | | | |
| | | | | Total | $ 45,049.38 |
| 3 | Adjustments In | 0.45 | | | |
| 1 | Transfers In | 8,752.83 | | | |
| | Total | $ 45,049.38 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

LFORM2T4

Ver: 17.04b

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-07991 -ERW | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MULCAHY, TIMOTHY R. | | Bank Name: | Congressional Bank |
| | MULCAHY, KATHERINE A. | | Account Number / CD #: | *******2749  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9933 | | | |
| For Period Ending: | 02/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | |
| 23 | Deposits | 45,058.35 | 5 Checks | 818.67 |
| 5 | Interest Postings | 0.15 | 13 Adjustments Out | 443.53 |
| | | | 2 Transfers Out | 53,357.37 |
| | Subtotal | $ 45,058.50 | | |
| | | | Total | $ 54,619.57 |
| 3 | Adjustments In | 0.45 | | |
| 2 | Transfers In | 53,357.37 | | |
| | Total | $ 98,416.32 | Net Total Balance | $ 43,796.75 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 11, 2014 |

Case Number: 10-07991  
Debtor Name: MULCAHY, TIMOTHY R.

Claim Class, Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | Joseph A. Baldi, Trustee | Administrative | | $5,255.90 | $0.00 | $5,255.90 |
| 001 3110-00 | Baldi Berg | Administrative | | $18,088.00 | $0.00 | $18,088.00 |
| 001 3120-00 | Baldi Berg | Administrative | | $82.90 | $0.00 | $82.90 |
| 001 3410-00 | Popowcer Katten, Ltd. | Administrative | | $1,298.50 | $0.00 | $1,298.50 |
| 001 2100-00 | Joseph A. Baldi, Trustee | Administrative | | $42.22 | $0.00 | $42.22 |
| BOND 001 2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $44.82 | $44.82 | $0.00 |
| | | | 9010012749 02/07/12 1001 | | 9.69 | |
| | | | 2221656735 02/05/14 3003 | | 35.13 | |
| | Subtotal for Class Administrative | | | $24,812.34 | $44.82 | $24,767.52 |
| 000001 070 7100-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Unsecured<br>Amended claim (2/22/12) is for deficiency balance | | $4,851.93 | $0.00 | $4,851.93 |
| 000002 070 7100-00 | Atlas Acquisitions LLC (HOUSEHOLD BANK)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $16,348.72 | $0.00 | $16,348.72 |
| 000003 070 7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(3-1) GE Capital - JC Penney Consumer<br>claim trasnfered 1/18/13 | | $4,688.04 | $0.00 | $4,688.04 |
| 000004 070 7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(4-1) Citibank - SEARS PREMIER CARD<br>claim trasnfered 1/18/13 | | $1,286.49 | $0.00 | $1,286.49 |
| 000005 070 7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(5-1) Citibank - SEARS PREMIER CARD<br>claim trasnfered 1/18/13 | | $2,872.08 | $0.00 | $2,872.08 |

Page 2

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: February 11, 2014

Case Number: 10-07991
Debtor Name: MULCAHY, TIMOTHY R.

Claim Class, Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | $2,743.77 | $0.00 | $2,743.77 |
| 000007 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | $33,915.20 | $0.00 | $33,915.20 |
| 000008 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $2,804.73 | $0.00 | $2,804.73 |
| 000009 070 7100-00 | U.S. Department of Education Direct Loans P.O. Box 5609 Greenville, TX 75403 | Unsecured | | $25,660.66 | $0.00 | $25,660.66 |
| 000010 070 7100-00 | Portfolio Recovery Associates, LLC c/o Household F POB 41067 Norfolk VA 23541 | Unsecured | | $17,788.56 | $0.00 | $17,788.56 |
| | Subtotal for Class Unsecured | | | $112,960.18 | $0.00 | $112,960.18 |
| | Case Totals: | | | $137,772.52 | $44.82 | $137,727.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-07991 ERW
Case Name: MULCAHY, TIMOTHY R.
          MULCAHY, KATHERINE A.
Trustee Name: Joseph A. Baldi

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Trustee Expenses: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Baldi Berg | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

<div align="center">NONE</div>

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC (HOUSEHOLD BANK) | $ | $ | $ |
| 000003 | Capital Recovery III LLC | $ | $ | $ |
| 000004 | Capital Recovery III LLC | $ | $ | $ |
| 000005 | Capital Recovery III LLC | $ | $ | $ |
| 000006 | Sallie Mae | $ | $ | $ |
| 000007 | Sallie Mae | $ | $ | $ |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000009 | U.S. Department of Education | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC c/o Household F | $ | $ | $ |

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____

      Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

      Tardily filed general (unsecured) claims are as follows:

      NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

      NONE