# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MULCAHY, TIMOTHY R. | § | Case No. 10-07991 |
| MULCAHY, KATHERINE A. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn, 7th Floor
    Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

    10:00 a.m., on Wednesday, March 26, 2014
    in Courtroom  744, U.S. Courthouse
    219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Kenneth Gardner_____
                                                                                     Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MULCAHY, TIMOTHY R.                 §        Case No. 10-07991
MULCAHY, KATHERINE A.               §
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 45,058.95 |
| and approved disbursements of | $ | 1,262.20 |
| leaving a balance on hand of[1] | $ | 43,796.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 5,255.90 | $ 0.00 | $ 5,255.90 |
| Trustee Expenses: Joseph A. Baldi | $ 42.22 | $ 0.00 | $ 42.22 |
| Attorney for Trustee Fees: Baldi Berg | $ 18,088.00 | $ 0.00 | $ 18,088.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,298.50 | $ 0.00 | $ 1,298.50 |
| Other: International Sureties | $ 44.82 | $ 44.82 | $ 0.00 |
| Other: Baldi Berg | $ 82.90 | $ 0.00 | $ 82.90 |
| Total to be paid for chapter 7 administrative expenses | | $ | 24,767.52 |
| Remaining Balance | | $ | 19,029.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,960.18  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  16.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ 4,851.93 | $ 0.00 | $ 817.35 |
| 000002 | Atlas Acquisitions LLC (HOUSEHOLD BANK) | $ 16,348.72 | $ 0.00 | $ 2,754.10 |
| 000003 | Capital Recovery III LLC | $ 4,688.04 | $ 0.00 | $ 789.75 |
| 000004 | Capital Recovery III LLC | $ 1,286.49 | $ 0.00 | $ 216.72 |
| 000005 | Capital Recovery III LLC | $ 2,872.08 | $ 0.00 | $ 483.83 |
| 000006 | Sallie Mae | $ 2,743.77 | $ 0.00 | $ 462.21 |
| 000007 | Sallie Mae | $ 33,915.20 | $ 0.00 | $ 5,713.34 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 2,804.73 | $ 0.00 | $ 472.49 |

UST Form 101-7-NFR (10/1/2010) (Page: 3)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | U.S. Department of Education | $ 25,660.66 | $ 0.00 | $ 4,322.79 |
| 000010 | Portfolio Recovery Associates, LLC c/o Household F | $ 17,788.56 | $ 0.00 | $ 2,996.65 |
| | Total to be paid to timely general unsecured creditors | | $ | 19,029.23 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 10-07991-ERW
Timothy R. Mulcahy                                                Chapter 7
Katherine A. Mulcahy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mflowers              Page 1 of 3            Date Rcvd: Feb 26, 2014
                             Form ID: pdf006             Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2014.

```
db          #+Timothy R. Mulcahy,    10405 S. Laporte Avenue,    Oak Lawn, IL 60453-4734
jdb         #+Katherine A. Mulcahy,    10405 S. Laporte Avenue,    Oak Lawn, IL 60453-4734
15167735      ARS National Services, Inc.,    P.O. Box 463023,    Escondido, CA 92046-3023
15167733     +Amalgamated Bank of Chicago,    Loan Processing Center,    One West Monroe,
               Chicago, IL 60603-5301
15167737     +Associated Recovery Systems,    201 West Grand Avenue,    Escondido, CA 92025-2603
15167738     +Associated Recovery Systems,    P.O. Box 469046,    Escondido, CA 92046-9046
18349162     +Atlas Acquisitions LLC (HOUSEHOLD BANK),    294 Union St.,    Hackensack, NJ 07601-4303
15167739     +Blatt, Hasenmiller, Liebsker,    125 S. Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
15167740     +Blatt, Hasenmiller, Liebsker & Moor,    125 South Wacker Drive,    Suite 400,
               Chicago, IL 60606-4440
15167741      Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
15167742      Blitt & Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
15167743     +CACH LLC/Collect America,    370 17th Street,    Suite 5000,    Denver, CO 80202-1370
15167744      Capital One,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
15167745      Capital One Bk (USA), NA,    P.O. Box 5294,    Carol Stream, IL 60197-5294
15167746      Carrington Mortgage Service LLC,    P.O. Box 54285,    Irvine, CA 92619-4285
15167747     +Carson Pirie Scott/HSBC,    P.O. Box 15521,    Wilmington, DE 19850-5521
15167749      Central Credit Services, Inc.,    P.O. Box 15118,    Jacksonville, FL 32239-5118
15167750     +Cindy and Greg Harper,    10457 Penny Lane,    Frankfort, IL 60423-2240
15167751      Citi Cards SD N.A.,    P.O. Box 6500,    c/o Citi Corp,    Sioux Falls, SD 57117-6500
15167752      Citi Financial,    300 Saint Paul Street,    BSP13A,    Baltimore, MD 21202-2120
15167753      Citi Financial,    P.O. Box 70918,    Charlotte, NC 28272-0918
15167754     +Citi Financial,    605 Munn Road,    Fort Mill, SC 29715-8421
15167755      Citibank SD,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15167756     +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
15167757     +Courtney and Dave Knott,    1019 Mountain View Drive,    Joliet, IL 60432-0756
15167758    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Business Credit,    Payment Processing Center,    P.O. Box 5275,
               Carol Stream, IL 60197-5275)
15167759     +EMCC Investment Ventures, LLC,    375 W. Cerritos Ave.,    Anaheim, CA 92805-6551
15167763     +FMS Inc.,    4915 South Union Avenue,    Tulsa, OK 74107-7839
15167761      FMS Inc.,    P.O. Box 707600,    Tulsa, OK 74170-7600
15167764      Ford Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
15167765      Ford Motor Credit,    Customer Service Center,    P.O. Box 542000,    Omaha, NE 68154-8000
15252829     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
15167767    #+HFC,    P.O. Box 10266,    Virginia Beach, VA 23450-0266
15167768      HFC Union Plus Loan,    P.O. Box 17574,    Baltimore, MD 21297-1574
15167769      HSBC Bank Nevada, N.A.,    P.O. Box 5244,    Carol Stream, IL 60197-5244
15167770      Integrity Financial Partners, Inc.,    P.O. Box 1997,    Southgate, MI 48195-0997
15167772      Integrity Financial Partners, Inc.,    P.O. Box 11530,    Overland Park, KS 66207-4230
15167771     +Integrity Financial Partners, Inc.,    4370 W. 109th Street,    Suite 100,
               Overland Park, KS 66211-1316
15167773     +James A. West, P.C.,    6380 Rogerdale Road,    Suite 130,    Houston, TX 77072-1647
15167775     +John C. Bonewicz, P.C.,    8001 N. Lincoln Avenue,    Suite 402,    Skokie, IL 60077-3657
15167777     +Katie and Tim Mulcahy,    421 N. Catherine Avenue,    La Grange Park, IL 60526-2006
15167781     +MRS Associates, Inc.,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
15167780     +Mary and Jack Wright,    1342 Western Avenue,    Flossmoor, IL 60422-1848
19927534      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
15167783     +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
15167782      National Action Financial Services,    165 Lawrence Bell Dr., Suite 100,    P.O. Box  9027,
               Williamsville, NY 14231-9027
15167784     +P. Scott Lowrey, P.C.,    4500 Cherry Creek Drive South,    Suite 700,    Denver, CO 80246-1534
18725643     +Portfolio Recovery Associates, LLC c/o Household F,    POB 41067,    Norfolk VA 23541-1067
15167785      Professional Bureau of Collections,    P.O. Box 628,    Elk Grove, CA 95759-0628
15167786      Redline Recovery Services,    95 John Muir Drive,    Amherst, NY 14228-1144
15167787     +Redline Recovery Services, LLC,    6201 Bonhomme Street,    Suite 100S,    Houston, TX 77036-4379
15167788      Regional Adjustment Bureau, Inc.,    P.O. Box 34111,    Memphis, TN 38184-0111
15167790      Sears/CBSD,    133200 Smith Road,    Cleveland, OH 44130
15167791     +Sears/Citibank,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
15167793     +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
15167795    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: U.S. Department of Education,    Direct Loans,    P.O. Box 7202,
               Utica, NY 13504-7202)
15167796     +U.S. Department of Education,    Direct Loans,    P.O. Box 5609,    Greenville, TX 75403-5609
15167797     +United Collection Bureau, Inc.,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
15167800     +Wells Fargo Financial,    800 Walnut Street,    Des Moines, IA 50309-3891
15167801      Wells Fargo Financial,    4710 W. 95th Street B4,    Oak Lawn, IL 60453-2546
15167804     +Zenith Acquisition Corp.,    Department #13701,    P.O. Box 1259,    Oaks, PA 19456-1259
```

```
District/off: 0752-1          User: mflowers              Page 2 of 3                   Date Rcvd: Feb 26, 2014
                              Form ID: pdf006             Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15274148       +E-mail/Text: bnc@atlasacq.com Feb 27 2014 01:22:57     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
18354304        E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2014 01:34:31     Capital Recovery III LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15167760        E-mail/Text: data_processing@fin-rec.com Feb 27 2014 01:23:26
                 Financial Recovery Services, Inc.,   P.O. Box 385908,   Minneapolis, MN 55438-5908
15167766        E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2014 01:35:29     GEMB/JC Penneys,   P.O. Box 981402,
                 El Paso, TX 79998-1402
15167774       +E-mail/Text: ebankruptcy@arraysg.com Feb 27 2014 01:28:54     JC Christensen and Associates,
                 P.O. Box 519,   Sauk Rapids, MN 56379-0519
15167779        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2014 01:31:54     LVNV Funding LLC,
                 P.O. Box 10584,   Greenville, SC 29603-0584
15167778       +E-mail/Text: bankruptcy@leadingedgerecovery.com Feb 27 2014 01:24:17
                 Leading Edge Recovery Solutions,   5440 N. Cumberland Ave.,   Suite 300,
                 Chicago, IL 60656-1486
18612405       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2014 01:33:50
                 PYOD LLC its successors and assigns as assignee of,   Citibank, NA, NA,
                 c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
19927535        E-mail/PDF: rmscedi@recoverycorp.com Feb 27 2014 01:33:59
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
15167734        E-mail/PDF: cbp@slfs.com Feb 27 2014 01:31:44     American General Finance,
                 8729 S. Cicero Avenue,   Hometown, IL 60456-1018
18527714       +E-mail/PDF: pa_dc_claims@salliemae.com Feb 27 2014 01:35:14     Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
15167789        E-mail/PDF: pa_dc_claims@salliemae.com Feb 27 2014 01:31:49     Sallie Mae LSCF,
                 1002 Arthur Drive,   Lynn Haven, FL 32444-1683
15167794       +E-mail/Text: k.woodworth@tiburonllc.com Feb 27 2014 01:29:21     Tiburon Financial, L.L.C.,
                 218A S 108th Ave.,   Omaha, NE 68154
15167799       +E-mail/Text: bnc@ursi.com Feb 27 2014 01:22:57     United Recovery Systems LP,
                 5800 North Course Drive,   Houston, TX 77072-1613
15167798        E-mail/Text: bnc@ursi.com Feb 27 2014 01:22:58     United Recovery Systems LP,   P.O. Box 722929,
                 Houston, TX 77272-2929
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15167792        Standard Bank and Trust
18527716*      +Sallie Mae,   c/o Sallie Mae Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
15167736      ##Associated Credit Services, Inc.,   105B South Street,   P.O. Box 9100,
                 Hopkinton, MA 01748-9100
15167748     ##+Caryl Cummings,   10113 S. Karlov Avenue,   Oak Lawn, IL 60453-4233
15167762      ##FMS Inc.,   P.O. Box 823,   Fort Mill, SC 29716-0823
15167776     ##+Kate Mulcahy,   10405 S. Laporte Avenue,   Oak Lawn, IL 60453-4734
15167802      ##Xpress Loan Servicing/EFR,   1500 W. 3rd Street,   Suite 125,   Cleveland, OH 44113-1422
15167803     ##+Zenith Acquisition Corp.,   170 Northpointe Parkway,   Suite 300,   Buffalo, NY 14228-1992
15167805      ##Zenith Acquisition Corp.,   P.o. Box 850,   Buffalo, NY 14226-0850
                                                                                 TOTALS: 1, * 1, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mflowers              Page 3 of 3              Date Rcvd: Feb 26, 2014
                              Form ID: pdf006             Total Noticed: 76
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2014 at the address(es) listed below:

```
          Bruce C Scalambrino    on behalf of Debtor Timothy R. Mulcahy bcs@sacounsel.com
          Bruce C Scalambrino    on behalf of Joint Debtor Katherine A. Mulcahy bcs@sacounsel.com
          Christopher L Muniz    on behalf of Debtor Timothy R. Mulcahy clm@sacounsel.com
          Christopher L Muniz    on behalf of Joint Debtor Katherine A. Mulcahy clm@sacounsel.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@ameritech.net,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Laura A. Hrisko    on behalf of Creditor    American General Financial Services, Inc.
           Laura.Hrisko@slfs.com,    lrisko@aol.com
          Michael Dimand    on behalf of Creditor    Carrington Mortgage Services LLC mdimand@aol.com,
           bankruptcyfilings@wirbickilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```