FILED

MAR 26 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         )
                                               )
                                               )   Case No. 10 B 07991
TIMOTHY R. MULCAHY and                         )
KATHERINE A. MULCAHY,                          )
                                               )
                                               )
                                               )   Chapter 7
      Debtors.                                 )
                                               )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF BALDI BERG, LTD., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $18,088.00 | TOTAL COSTS REQUESTED: | $82.90 |
| TOTAL FEES REDUCED: | $221.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $17,866.50 | TOTAL COSTS ALLOWED: | $82.90 |

**TOTAL FEES AND COSTS ALLOWED: $17,949.40**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(12)   Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: March 26, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

**Baldi Berg, Ltd**                                                            2/09/2014

                                                                               Page    6

Mulcahy, Timothy & Katherine - Collection of Po

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/29/2013 | JDL | Respond to email from C. Muniz re: payments from debtor (.2) Conference w/ JAB re: same (.2) | 0.40 $235.00/hr | $94.00 |
| 4/02/2013 | JDL | Respond to email from debtor's attorney re: offer to settle. (.2) Conference w/ JAB re: same (.2) | 0.40 $250.00/hr | $100.00 |
| 8/05/2013 | JDL | Respond to email from debtor's counsel re: settlement, request income and expenses. | 0.30 $250.00/hr | $75.00 |
| 9/05/2013 | JDL | Begin drafting motion to approve compromise and settlement with debtors | 0.50 $250.00/hr | $125.00 |
| 9/09/2013 | JDL | Continued preparation of Motion to settle claims with Debtors. (.9) Emails to/from counsel for debtors re: nonexempt property (.2) | 1.10 $250.00/hr | $275.00 |
| 9/10/2013 | JDL | Draft 2002 notice of Motion to compromise and settle with Debtors. | 0.60 $250.00/hr | $150.00 |
| 10/04/2013 | JDL | Draft order for motion to compromise and settle claims. | 0.20 $250.00/hr | $50.00 |
| 10/07/2013 | JAB | Review motion to approve compromise with debtors. Confer with J. Loper re same. | 0.50 $450.00/hr | $225.00 |
| 10/09/2013 | JDL | Incorporate JAB revisions in motion to approve settlement. | 0.30 $250.00/hr | $75.00 |
| 10/11/2013 | JAB | Review revised motion, final revisions re same. | 0.50 $450.00/hr | $225.00 |
| 10/16/2013 | JMM | Serve Notice of Settlement Agreement on 73 Creditors (.7) | 0.70 $175.00/hr | $122.50 /2  −$122.50 |
| 11/06/2013 | JAB | Attend hearing on Motion to approve settlement with Debtors (Wedoff) | 0.50 $450.00/hr | $225.00 |

−$122.50

## Baldi Berg, Ltd

Mulcahy, Timothy & Katherine - Objection to Exe

2/09/2014

Page 8

**In Reference to:** *Mulcahy, Timothy & Katherine - Objection to Exe*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/07/2011 | JAB | Research on objections to exemptions, validity of wage deduction exemption in bankruptcy. Review cases re same. | 2.50 $425.00/hr | $1,062.50 |
| 9/07/2011 | RKP | Review docket (.1); review amended schedules filed (.2); review original petition to compare (.1); discuss issues with exemptions claimed with E. Berg (.1); draft objection to exemption (1.8). | 2.30 $190.00/hr | $437.00 ④ ⑫ −19.00 |
| 9/08/2011 | ECB | Review and revise Trustee's Objection to Debtors' Exemption in Wages (1.3) Draft proposed order for same (.2) | 1.50 $300.00/hr | $450.00 |
| 9/08/2011 | ECB1 | Prepare service and filing of Trustee's Exemption Objection | 0.30 $190.00/hr | $57.00 |
| 9/08/2011 | JAB | Complete research on exemptions, wages. Review B&K agreement re payments. Review and revise objection to exemptions. | 2.00 $425.00/hr | $850.00 |
| 9/21/2011 | JAB | Prepare for and attend hearing on Mulcahy - objection to exemptions (.3). Confer with Debtor's attorney re settlement (.2) | 0.70 $425.00/hr | $297.50 |
| 10/03/2011 | JAB | Review discover requests received from Debtor's attorney. Confer with J. Loper re follow up and response. TC to Munoz re same and response, possible settlement. Review Trustee's proposed requests and subpoena to Bansley employee. | 2.00 $425.00/hr | $850.00 |

−$19.00

**Baldi Berg, Ltd**                                                                    2/09/2014

                                                                                 Page      9

Mulcahy, Timothy & Katherine - Objection to Exe

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/03/2011 | JDL | Prepare Request for production of documents, interrogatories and request to admit to debtor and trial and document subpoenas to P. Merkel (4.2) Issue and serve subpoenas via mail and email w/cc to opposing counsel (.4) Prepare response to Debtor's request for documents (.3) | 4.90 $200.00/hr | $980.00 ⑫ −80.00 |
| 10/04/2011 | JDL | Continue response to Mulcahy's request for documents and interrogatories to Trustee. | 2.40 $200.00/hr | $480.00 |
| 10/06/2011 | JAB | Review and revise discovery requests. (.5) Review and respond to Debtor's attorneys argument on wages and factual issues. (.7) | 1.20 $425.00/hr | $510.00 |
| 10/07/2011 | ECB1 | Edit Trustee's Response to Interrogatories and Request to Produce Documents (.2) Memo to Trustee re same (.1) Prepare service of same (.1) | 0.40 $190.00/hr | $76.00 |
| 10/07/2011 | JAB | Review debtors document production, discovery responses received. | 1.00 $425.00/hr | $425.00 |
| 10/11/2011 | JAB | Review exhibits and witness lists, confer with J. Loper re filing same. (.5) Teleconference with Muniz re settlement, trial exhibits, filing lists for same. (.5) | 1.00 $425.00/hr | $425.00 |
| 10/11/2011 | JDL | Review Debtors' responses to discovery (1.2) Prepare witness and exhibit lists for hearing on Objection to Exemptions. (1.8) | 3.00 $200.00/hr | $600.00 |
| 10/12/2011 | JDL | Review exhibit/witness lists from Debtors. (.2) Prepare notice of filing re: exhibit/witness list (.2) | 0.40 $200.00/hr | $80.00 |
| 10/18/2011 | JAB | Continue research on issues for trial including definition of wages, Wage payment act, wage deduction act, cases on wages in bankruptcy cases. (2.5) Prepare for trial, review and prepare witness exam outline. (1.0) | 3.50 $425.00/hr | $1,487.50 |

$221.50 total deduction

−80.00